## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| **ANTHONY LEMARCUS LARKINS #419715,** Petitioner | **CIVIL DOCKET NO. 5:20-CV-01368 SEC P** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **DARREL VANNOY,** Respondent | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 12], and after a de novo review of the record, including the Objection filed by Petitioner [Record Document 13], having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [Record Document 1] is **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers, this 19th day of September, 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE